In the Matter of the Application of CHARLES F. MOUL-TON, Respondent, for the Appointment of Commissioners to Ascertain the Damage to His Property Caused by Change of Grade of East Main Street in Cuba Village, Appellant.

*Matter of Moulton*, 167 App. Div. 953, affirmed.
(Argued September 29, 1915; decided October 19, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 27, 1915, which affirmed an order of Special Term appointing change of grade damage commissioners.

The following questions were certified: " 1. Did the cause of action herein accrue before the change of grade was completed? 2. Is the service of notice of this application upon 'the person or persons having competent authority to make the change of grade,' as specified in subdivision 2 of section 159 of the Village Law, a condition precedent to maintaining this proceeding against the village? 3. If so, does the tenth finding of fact of the referee state a sufficient service of such notice? 4. Is

the village in this case liable for the change of grade effected in the construction of a state highway upon its street under subdivision 2 of section 159 of the Village Law ? "

*J. C. Leggett* for appellant.

*Walter N. Renwick* for respondent.

Order affirmed, with costs; questions certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.